FILED

UNITED STATES COURT OF APPEALS

JAN 12 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  RONNIE MAURICIO BARAHONA. _____ RONNIE MAURICIO BARAHONA,  Petitioner, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,  Respondent, ERIC ARNOLD, Acting Warden,  Real Party in Interest. | No.    16-73503 D.C. No. 2:15-cv-01180-KJM-DB Eastern District of California, Sacramento ORDER |

Before:  LEAVY, SILVERMAN, and BEA, Circuit Judges.

The petition for a writ of mandamus is denied without prejudice to the filing

of a new petition if the district court has not ruled on petitioner's pending motion

for recusal within 90 days.

The motion to proceed in forma pauperis is denied as moot.

**DENIED.**

SLL/MOATT