UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MAURICIO BARAHONA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>ERIC ARNOLD,<br><br>　　　　　　Respondent. | No. 2:15-cv-1180 KJM DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On January 10, 2017, the undersigned recommended that respondent's motion to dismiss be granted.  (ECF No. 23.)  Petitioner was informed that any objections to these findings and recommendations were due in fourteen days.  Petitioner requests an extension of time to February 17, 2017 to filed objections to the findings and recommendations.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's request for extension of time (ECF No. 25) is granted.  On or before February 17, 2017, petitioner shall filed any objections to the January 10, 2017 findings and recommendations.

DATED: January 30, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/bara1180.obj eot

1